# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL PAYNE

NO. 2022 KW 0803

**AUGUST 29, 2022**

---

In Re: Michael Payne, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-19-0174.

---

**BEFORE: McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** The Office of the Clerk of Court of East Baton Rouge Parish has no record of a "Motion For Unconstitutional Ruling." This court is limited to review of the lower court's rulings or the failure of the lower court to act on a properly filed motion or pleading. Any application filed in this court should indicate what relief has been sought in the lower court and the result of such filing. The application should further include a copy of the motion at issue, a copy of the lower court's ruling, and all other pertinent documentation.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*
_____
DEPUTY CLERK OF COURT
FOR THE COURT